IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30100
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL NELSON,

Defendant-Appellant.


- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. CR-93-55-A
- - - - - - - - - - -
November 9, 1995

Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appellant appeals from his jury convictions for conspiracy to possess with the intent to distribute cocaine base and two counts of distribution of cocaine base in violation of 21 U.S.C. §§ 841(a)(1) and 846. He argues that the district court erred by sentencing him to 235 months' imprisonment, that the court abused its discretion by denying his motions for a new trial, and that his case should be remanded for resentencing in light of a proposed

---

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

amendment to the sentencing guidelines. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for essentially the reasons given by the district court. United States v. Nelson, No. CR-93-55-A (E.D. La. Dec. 16, 1994); United States v. Nelson, No. CR-93-55-A (E.D. La. Jan. 25, 1995). Appellant's pro se motions to strike his appellate brief and to proceed pro se on appeal are DENIED as untimely.

AFFIRMED; MOTIONS DENIED.